%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  April 14, 2005 |
| NAME OF SERVER (PRINT)  Judith A. Cassino | TITLE  Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

   Mailed by Certified Mail copies of summons and complaint to:
☐ Returned unexecuted:

1. Michael J. Sullivan, U.S. Attorney - #7000 2870 0000 6664 9735 for the District of Massachusetts
2. Kathleen A. Summers, Sec. Rep. U.S. Dept. of Labor - #7000 2870 0000 6664 9759

☒ Other (specify):

3. Elaine Chao, U.S. Sec. of Labor - #7000 2870 0000 6664 9742
4. Alberto R. Gonzales, Attorney General - #7000 2870 0000 6664 9629 U.S. Department of Justice

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___May 11, 2005___    *signature* Judith A. Cassino
              Date                  Signature of Server

Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.