UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE C. EDMONDS, Director of the Commonwealth of Massachusetts Department of Workforce Development,<br><br>      Plaintiff,<br><br>      v.<br><br>ELAINE L. CHAO, Secretary of Labor; and UNITED STATES DEPARTMENT OF LABOR,<br><br>      Defendants. | Civil Action No. 05-10717 RGS |

## NOTICE OF APPEARANCE

To the Clerk:

    Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the defendants, Elaine L. Chao, Secretary of Labor and the United States Department of Labor.

                                                       Respectfully submitted,

                                                       MICHAEL J. SULLIVAN
                                                       United States Attorney

                               By:  /s/ Mark T. Quinlivan
                                                       MARK T. QUINLIVAN
                                                       Assistant United States Attorney
                                                       United States Attorney's Office
                                                       John Joseph Moakley U.S. Courthouse
                                                       1 Courthouse Way, Suite 9200
                                                       Boston, MA 02210
                                                       617-748-3606

Dated: June 14, 2005