# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANE C. EDMONDS, Director of the Commonwealth of Massachusetts Department of Workforce Development,<br><br>        Plaintiff,<br><br>    v.<br><br>ELAINE L. CHAO, Secretary of Labor; and UNITED STATES DEPARTMENT OF LABOR,<br><br>        Defendants. | Civil Action No. 05-10717 RGS |

## DEFENDANTS' MOTION TO DISMISS AND TO TRANSFER

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. §1631, defendants Elaine L. Chao, Secretary of Labor, and the United States Department of Labor, hereby move to dismiss this action for lack of subject matter jurisdiction and to transfer this action to the United States Court of Appeals for the First Circuit. The reasons for the foregoing motion are set forth in the accompanying Memorandum of Law.

OF COUNSEL

HOWARD M. RADZELY
Solicitor of Labor
CHARLES D. RAYMOND
Associate Solicitor for Employment
   and Training Legal Services
HARRY L. SHEINFELD
Counsel for Litigation
FRANK P. BUCKLEY
Attorney
Office of the Solicitor
U.S. Department of Labor


Dated: June 16, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Mark T. Quinlivan       
    MARK T. QUINLIVAN
    Assistant U.S. Attorney
    United States Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    617-748-3606


### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

     Pursuant to Local Rule 7.1(a)(2), I certify that, on June 14, 2005, I conferred with counsel for the plaintiff, Juliana Rice, Assistant Attorney General, regarding this motion. Assistant Attorney General Rice indicated that she would reserve judgment until she had had an opportunity to review the motion and supporting memorandum.

      /s/ Mark T. Quinlivan      
     MARK T. QUINLIVAN
     Assistant U.S. Attorney