UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10717-RGS

JANE C. EDMONDS, Director of the
Commonwealth of Massachusetts
Department of Workforce Development

v.

ELAINE L. CHAO, Secretary of Labor; and
UNITED STATES DEPARTMENT OF LABOR

ORDER ON DEFENDANT'S
MOTION TO DISMISS AND TO TRANSFER

June 24, 2005

STEARNS, D.J.

The case will be transferred to the Court of Appeals pursuant to 28 U.S.C. § 1631, as this court lacks subject matter jurisdiction.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE