## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10717

Jane C. Edmonds

v

Elaine L. Chao

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I (memorandum and order transferring case) are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/24/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 5, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/6/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10717-RGS

Edmonds v. Chao et al
Assigned to: Judge Richard G. Stearns
Cause: 05:704 Labor Litigation

Date Filed: 04/11/2005
Jury Demand: None
Nature of Suit: 790 Labor: Other
Jurisdiction: U.S. Government Defendant

### Plaintiff

**Jane C. Edmonds**
*Director of the Commonwealth of MA Department of Workforce Development*

represented by **Juliana deHaan Rice**
Attorney General's Office
Room 2019
One Ashburton Place
Boston, MA 02108-1698
617-727-2200 ext.2062
Fax: 617-727-5785
Email: Juliana.Rice@ago.state.ma.us
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Robert K. Ganong**
Massachusetts Division of Unemployment Assistance
Charles F. Hurley Building
19 Staniford Street
Boston, MA 02114
617-626-5613
Fax: 617-727-3012
Email: rganong@detma.org
*LEAD ATTORNEY
ATTORNEY TO BE*

*NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Elaine Chao**<br>*United States Secretary of Labor* | represented by | **Mark T. Quinlivan**<br>United States Attorney's Office<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3606<br>Fax: 617-748-3969<br>Email: mark.quinlivan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **United States Department of Labor** | represented by | **Mark T. Quinlivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2005 | 1 | Petition for Review against Elaine Chao, United States Department of Labor Filing fee: $ 250, receipt number 63437, filed by Jane C. Edmonds. (Attachments: # 1 # 2 # 3)(Flaherty, Elaine) (Entered: 04/13/2005) |
| 04/11/2005 | | Summons Issued as to Elaine Chao, United States Department of Labor. (Flaherty, Elaine) (Entered: 04/13/2005) |
| 04/11/2005 | | If the trial Judge issues an Order of Reference of any |

| | | |
|---|---|---|
| | | matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Flaherty, Elaine) (Entered: 04/13/2005) |
| 05/12/2005 | 2 | SUMMONS Returned Executed Elaine Chao served on 4/20/2005, (Flaherty, Elaine) Modified on 5/16/2005 (Flaherty, Elaine). (Entered: 05/16/2005) |
| 05/12/2005 | 3 | SUMMONS Returned Executed United States Department of Labor served on 5/11/2005, (Flaherty, Elaine) (Entered: 05/16/2005) |
| 06/14/2005 | 4 | NOTICE of Appearance by Mark T. Quinlivan on behalf of Elaine Chao, United States Department of Labor (Quinlivan, Mark) (Entered: 06/14/2005) |
| 06/16/2005 | 5 | MOTION to Dismiss for Lack of Jurisdiction *and to Transfer* by Elaine Chao, United States Department of Labor.(Quinlivan, Mark) (Entered: 06/16/2005) |
| 06/16/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss for Lack of Jurisdiction *and to Transfer* filed by Elaine Chao, United States Department of Labor. (Quinlivan, Mark) (Entered: 06/16/2005) |
| 06/23/2005 | 7 | RESPONSE to Motion re 5 MOTION to Dismiss for Lack of Jurisdiction *and to Transfer* filed by Jane C. Edmonds. (Rice, Juliana) (Entered: 06/23/2005) |
| 06/24/2005 | 8 | Judge Richard G. Stearns : Memorandum and Order entered.(Giannotti, Diane) (Entered: 06/24/2005) |